AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SHAWN WHITESIDE,

            Plaintiff,

v.

PCC AIRFOILS LLC, and
DANIEL STAPLES, Individually,

            Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV521-062

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated April 5, 2023, Defendants' motion for summary judgment is granted, and this case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: April 10, 2023

John E. Triplett, Clerk of Court

_____
(By) Deputy Clerk

GAS Rev 10/2020